EASTERN DIST.
*March*, 1840.

HASSON
*vs.*
SPEARING.

The plaintiff made full proof of his demand, and had judgment, from which the defendants appealed.

*Elwyn*, for the plaintiff.

─────────────

## HASSON *vs.* SPEARING.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

No defence being made in either court, judgment is affirmed with the maximum of damages as a delay case.

This is a suit against the acceptor of a bill of exchange. The defendant pleaded a general denial, and denied specially, that the plaintiff was the lawful holder of the bill sued on, &c.

On the trial, the plaintiff proved his demand, and had judgment, from which the defendant appealed.

*Jones*, for the plaintiff, prayed the affirmance of the judgment, with ten per cent. damages.

*Grivot*, contra.

*Morphy*, *J.*, delivered the opinion of the court.

The defendant appeals from a judgment, condemning him to pay the amount of a bill of exchange accepted by him.

No defence having been attempted in either court, we cannot consider this appeal as having any other object than delay.

It is, therefore, ordered, adjudged and decreed, that the judgment below, be affirmed with costs, and ten per cent. damages on the amount sued for.